UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - GR
May 16, 2023 11:03 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: KB /5/16

John Douglas Jones Jr   10047341
(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

1:23-cv-507
Paul L. Maloney
United States District Judge

v.

Alicia Diane Williams et alii

Officer Heather Butts #420 et alii

Magistrate Thomas Gilyan P02773 et alii

Attorney Robert S. Hackett P49968 et alii

Chief Assistant Prosecutor Mary K. Pabich P85940 et alii "See attached"

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
(Print Clearly)

I. **Previous Lawsuits**

   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐   No ☒

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

      1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

         _____

      2. Is the action still pending?   Yes ☐   No ☐

         a. If your answer was no, state precisely how the action was resolved: _____

         _____

      3. Did you appeal the decision?   Yes ☐   No ☐
      4. Is the appeal still pending?   Yes ☐   No ☐

         a. If not pending, what was the decision on appeal? _____

         _____

      5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐   No ☐

         a. If so, explain: _____

         _____

Judge Hon. Peter M. Jaklevic P49075 et alii

Defendant #6

Name of Defendant #6   Peter M. Jaklevic

Position or Title   Judge P49075

Place of Employment   Mecosta County District Court

Address   400 Elm St, Big Rapids, MI 49307

Official and/or personal capacity?   Official and Personal

## II. Parties

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff __John Douglas Jones Jr__

Place of Present Confinement __Mecosta County Jail__

Address __225 S. Stewart St. Big Rapids, MI 49307__

Place of Confinement During Events Described in Complaint __Mecosta County Jail__

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 __Alicia Diane Williams__

Position or Title __Manager__

Place of Employment __Quality Inn and Suites__

Address __1705 S. State St, Big Rapids, MI 49307__

Official and/or personal capacity? __Official and personal__

Name of Defendant #2 __Heather Butts__

Position or Title __Officer #420__

Place of Employment __Big Rapids Department of Public Safety__

Address __435 North Michigan Ave, Big Rapids, MI 49307__

Official and/or personal capacity? __Official and Personal__

Name of Defendant #3 __Thomas G. Lyon__

Position or Title __Magistrate P02773__

Place of Employment __Mecosta County District Court__

Address __400 Elm St, Big Rapids, MI 49307__

Official and/or personal capacity? __Official and Personal__

Name of Defendant #4 __Robert S. Hackett__

Position or Title __Public Defender P49968__

Place of Employment __Mecosta County 77TH Judicial District__

Address __400 Elm St, Big Rapids, MI 49307__

Official and/or personal capacity? __Official and Personal__

Name of Defendant #5 __Mary Katherine Pabich__

Position or Title __Chief Assistant Prosecutor P85940__

Place of Employment __Mecosta County__

Address __400 Elm St, Big Rapids, MI 49307__

Official and/or personal capacity? __Official and Personal__

### III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

Contained within Officer Heather Butts Report Case 40-2300018 provide the following: Alicia Diane William Manager at Quality Inn and Suites located at 1705 S. State St, Big Rapids, MI 49307 called 911 and made a report to Officer Heather Butts stating: "JONES owed $446.16 hotel bill." Officer Heather Butts stated: "Williams even emailed the correct hotel bill balance of $0.00." Supplemental Report by Heather Butts SUMMARY she states: "A contact letter was sent to JONES last known address." Letter dated 1/21/23 with address 852 Shonat St, Muskegon MI 49442 on it; Supplemental Report by Heather Butts SUPPLEMENTAL NARRATIVE SUMMARY she states: "I, Officer Butts sent a contact letter on 01/21/23 to the address on JONES Michigan State ID. The contact letter was returned to the department on 02/01/23 marked 'return to sender.'" Then 2 days later on 02/03/23 Chief Assistant Prosecutor Mary K. Pabich P85940 authorized SUMMONS and COMPLAINT MISDEMEANOR address on both shows 852 Shonat St, Muskegon MI 49442. On 02/06/23 3 days later mailed SUMMONS MISDEMEANOR with arraignment date of February 23, 2023 at 9am with address 852 Shonat St, Muskegon MI 49442 on it, to address 852 Shonat St, Muskegon MI 49442. On 02/23/23, issued by Judge Peter M. Jaklevic P49075, MOTION, AFFIDAVIT and Bench Warrant with address 852 Shonat St, Muskegon MI 49442 on them and used them to hold JONES in contempt for failure to appear and issued Bench Warrant. All this was done before Plaintiff Jones was arrested and placed in Mecosta County Jail on 02/25/23. On 02/27/23 haled before Magistrate Thomas G. Lyon P02773 arraigned on charges of Count 1: False Pretenses; Count 2: Innkeeper Defrauding; bail amount $15,000 10% of. with Public Defender Dennis L. Duvall Jr P60586 frozen on ZOOM screen. On 03/13/23 Plaintiff filed Motion to Dismiss Due to Ineffective Assistance of Counsel at Arraignment, without hearing Judge Peter M. Jaklevic P49075 replaced Public Defender Dennis L. Duvall Jr. P60586 with Public Defender Robert S. Hackett P49968. Plaintiff's address was/is 21219 Northland Drive, Paris, MI 49338 wasn't notified of arraignment 2/23/23 at 9am. All documents with address 852 Shonat St, Muskegon MI 49442 is INVALID.

IV. **Relief**

State briefly and precisely what you want the court to do for you.

Issue Order to U.S. Marshal's to come get Plaintiff where preliminary determination shows Mecosta County doesn't have jurisdiction over Plaintiff in violation of due process and process rights. Take Plaintiff to Muskegon County Jail. Issue Order for restitution (RECO) each Defendant 1 million dollars and compensatory, punitive and actual damages in the amount of 2 million dollars each. Issue Order to Muskegon County District Court Judge's in case no. 20210533 SM and 2222 3944 SM to reinstate PR Bonds where Plaintiff hasn't violated any crime. Any other remedy court deems necessary.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[X] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

May
**Date**

*John O. [signature]*
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

John Jones
225 S. State St.
Big Rapids, MI
      49307

This Correspondence Is From An Inmate At The Mecosta County Jail

U.S. District Court
399 Federal Building
110 Michigan St. NW
Grand Rapids, MI
      49503



