UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOUGLAS JONES, JR..,  )
    Plaintiff,  )
      ) No. 1:23-cv-507
-v-    )
      ) Honorable Paul L. Maloney
ALICIA DIANE WILLIAMS, *et al.*,  )
    Defendants.  )
      )

## JUDGMENT

The Court has dismissed the lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: July 7, 2023       /s/ Paul L. Maloney
                Paul L. Maloney
                United States District Judge